# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Grace L. Sandoval

                **V.**                   **JUDGMENT IN A CIVIL CASE**

Westmorland Police Department

                               **CASE NUMBER:**   09cv2122 W (POR)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court GRANTS plaintiff's motion to proceed in forma pauperis, DISMISSES the case with prejudice, and DENIES plaintiff's request for appointment of counsel.

| September 29, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ C. Puttmann
(By) Deputy Clerk

ENTERED ON September 29, 2009